1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11

JENNIFER TORRES,

Case No. 2:23-cv-03587-MAA

12

Plaintiff,

**JUDGMENT**

13

v.

14
15

MARTIN O'MALLEY,
Commissioner of Social Security,

16
17

Defendant.

18
19

In accordance with the Memorandum Decision and Order Reversing Decision

20

of the Commissioner and Remanding for Further Administrative Proceedings filed

21

herewith,

22

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of

23

Social Security is reversed and that this matter is remanded for further

24

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

25
26

DATED:  February 2, 2024

27

_____

MARIA A. AUDERO

28

UNITED STATES MAGISTRATE JUDGE