JOSEPHINE M. GERRARD (CBN 303221)
GERRARD LAW OFFICES
1791 SOLANO AVENUE, SUITE F01
BERKELEY, CALIFORNIA 94707
TEL: (510) 838-0529
FAX: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Jennifer Denise Torres

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DENISE TORRES,<br><br>        Plaintiff,<br><br>v.<br><br>MARTIN J. O′MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant | Case No. 2:23-cv-03587-MAA<br><br>**ORDER GRANTING JOINT STIPULATION FOR ATTORNEY′S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Stipulation for Attorney′s fee of $9,200 pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), **IT IS ORDERED**.

Dated April 15, 2024

_____
Hon. Maria A. Audero
United States Magistrate Judge

ORDER GRANTING JOINT STIPULATION FOR ATTORNEY′S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D))  - 1